UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The residence located at 202 Partridge Court, Algonquin, Illinois and a 2022 gray Kia K5 registered thereto further described in Attachment A | Case No. 24 MC 00016<br><br>Hon. Jeffrey Cole<br>Magistrate Judge<br><br>**UNDER SEAL** |

**GOVERNMENT'S MOTION TO EXTEND TIME
TO RETURN ELECTRONIC DEVICES**

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Extend Time to Return Electronic Devices:

1. On the 20th day of June 2024, this Court authorized a Search Warrant of the single family home located at 202 Partridge Court, Algonquin, Illinois and a 2022 gray Kia K5 registered thereto (Subject Premises) in this matter.

2. Pursuant to that warrant, on June 21, 2024, investigating agents searched the Subject Premises. Among the items recovered by agents, pursuant to Attachment B of the warrant, were 13 electronic storage media devices that were turned over to FBI agents and others qualified to examine the devices. The total storage capacity of the devices was more than 24 terabytes (TB).

3. FBI SA Hannah Judd, who is qualified to examine the devices, conducted an examination of two devices and requested examination of two additional devices from the FBI Chicago Regional Computer Forensics Laboratory. SA Judd conducted a preliminary review of the results and identified contents indicative of

contraband, instrumentalities, and evidence of the crime on each of these four devices.

    4.    The remainder of the devices fall into one of the following categories: two devices, an Antec desktop computer with two 4TB hard drives and a 1TB thumb drive, have been imaged and are pending review to determine if they contain contraband or were an instrumentality of the crime (hereinafter, the "Group A Devices"). Five devices – an Alienware laptop, an Asus laptop, a Motorola flip phone WX345, a SIM card, and an iPad – have not been imaged or examined yet (hereinafter the "Group B Devices). Finally, two devices – a 12TB hard drive and a 512 gigabyte (GB) thumb drive – were preliminarily examined by SA Judd and will require additional forensic examination to recover information (hereinafter "Group C Devices"). For the reasons stated below, the United States requests 30 additional days to review and return the Group A Devices, 90 additional days to review and return the Group B Devices, and 180 days to review and return the Group C Devices.

    5.    Due to the volume of devices and data seized and awaiting examination in this case, FBI personnel qualified to conduct the examination have not yet been able to determine whether the Group A Devices or Group B Devices contain contraband or constitute an instrumentality of the crime, and therefore whether or not they should be returned to the device owner pursuant to the Addendum to Attachment B of the Search Warrant.

2

6. SA Judd completed the imaging of the Group A Devices. The images are processing and are pending review. According to FBI personnel, the search of the Group A devices can be completed and a determination made as to their return pursuant to the Addendum to Attachment B of the Search Warrant within 30 days.

7. Due to the volume of data seized pursuant to this search warrant and associated social media communications, the Group B devices are not yet imaged and are still awaiting examination. FBI personnel anticipate the search of the Group B devices can be completed, and a determination made as to their return pursuant to the Addendum to Attachment B of the Search Warrant within 90 days.

8. Finally, the Group C Devices will require additional examination in order to attempt to recover data from the devices. Upon initial inspection, forensic tools indicated the 12TB hard drive may have a corrupt partition table. Some of this information may be recoverable, but it will require consultation with additional forensic examiners and the device may need to be sent to FBI Headquarters for additional processing. The 512GB thumb drive is fully encrypted. FBI personnel may be able to gain access to the drive if a password is recovered in another device. If FBI personnel are unable to determine the password, this device will be required to be sent to FBI Headquarters for additional processing. According to FBI personnel, the search of the Group C Devices may take 180 days or even longer due to the type of examinations required.

9. For the foregoing reasons, the government respectfully requests that the Court order that:

(a) The government is permitted an additional 30 days to return the Group A Devices, unless, pursuant to Rule 41(c)(2) or (3) of the Federal Rules of Criminal Procedure, the removed electronic storage media contains contraband or constitutes an instrumentality of the crime;

(b) The government is permitted an additional 90 days to return the Group B Devices, unless, pursuant to Rule 41(c)(2) or (3) of the Federal Rules of Criminal Procedure, the removed electronic storage media contains contraband or constitutes an instrumentality of the crime; and

(c) The government is permitted to retain the Group C Devices, pending further forensic examination for an additional 180 days, until December 2, 2024, at which point the government shall provide additional information to the Court regarding the status of these devices.

(d) A proposed order is attached.

                                          Respectfully submitted,

                                          MORRIS PASQUAL
                                          Acting United States Attorney

By:   *s/Andrew Rosati*
       Andrew Rosati
       Assistant United States Attorney
       327 S. Church Street, Suite 3300
       Rockford, IL 61101

DATE: August 15, 2024