UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>The residence located at 202 Partridge Court, Algonquin, Illinois and a 2022 gray Kia K5 registered thereto further described in Attachment A | Case No. 3:24 MC 00016<br><br>Hon. Jeffrey Cole<br>Magistrate Judge<br><br>**UNDER SEAL** |

**GOVERNMENT'S MOTION TO EXTEND TIME
TO RETURN ELECTRONIC DEVICES**

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Extend Time to Return Electronic Devices:

1.     On the 20th day of June 2024, this Court authorized a Search Warrant of the single family home located at 202 Partridge Court, Algonquin, Illinois and a 2022 gray Kia K5 registered thereto (Subject Premises) in this matter.

2.     Pursuant to that warrant, on June 21, 2024, investigating agents searched the Subject Premises. Among the items recovered by agents, pursuant to Attachment B of the warrant, were 13 electronic storage media devices that were turned over to FBI agents and others qualified to examine the devices. The total storage capacity of the devices was more than 24 terabytes (TB).

3.     On August 15, 2024, this Court authorized additional time to search nine of the devices due to the volume of data to search as well as complicating factors related to specific devices. The devices were separated into groups based on how long the United States expected the search of those devices would take.

4.      The updated deadline for the two devices listed in Group A was September 18, 2024. Both of those devices have been searched and were determined to contain contraband or constituted an instrumentality of the crime, pursuant to Rule 41(c)(2) or (3) of the Federal Rules of Criminal Procedure.

5.      The current deadline for the five devices listed in Group B is November 17, 2024. Of those five devices, three have been searched. Two of them will be returned shortly, pending coordination with the owner of the residence, and one was determined to contain contraband and will not be returned at this time. The remaining two devices from this group, an Asus laptop and an iPad, have not yet been searched because they are password protected. At this time, no current forensic tools are available for the FBI to access and extract the data from the Asus laptop or the iPad without the password. Additional passwords may be uncovered during the course of the investigation that could allow access to the devices.

6.      The current deadline for the two devices listed in Group C is February 15, 2025. The search of these devices is still pending.

7.      Because law enforcement has not yet been able to unlock the Asus laptop and iPad referenced above, the United States requests that this Court extend the time the government can retain those devices to February 15, 2025, the same deadline as the other devices that required more extensive procedures to search. The additional time will permit law enforcement to uncover the password and determine if those devices contain contraband or are instrumentalities of the crime.

8.    For the foregoing reasons, the government respectfully requests that the Court order that the government is permitted to retain the Asus laptop and iPad referenced above, pending further examination, for an additional 90 days, until February 15, 2025, at which point the government shall provide additional information to the Court regarding the status of these devices. A proposed order is attached.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:    *s/Andrew Rosati*
Andrew Rosati
Assistant United States Attorney
327 S. Church Street, Suite 3300
Rockford, IL 61101

DATE: November 15, 2024

3