UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 3:24-MC-00016 |
| The residence located at 202 Partridge Court, Algonquin, Illinois and a 2022 gray Kia K5 registered thereto further described in Attachment A | Hon. Jeffrey Cole<br>Magistrate Judge |

## GOVERNMENT'S MOTION TO UNSEAL
## SEARCH WARRANT MATERIALS, ORDERS, AND RELATED FILINGS

The UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves this Court to unseal all items which are under seal in this case, including the Search Warrant, Application, and Affidavit (collectively, the "Search Warrant Materials"), and any orders and related filings. In support of this motion, the government states as follows:

1. On June 20, 2024, the government applied for a Search Warrant in this matter and submitted an Application and Affidavit in support. The Affidavit detailed facts supporting probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 18, United States Code, Sections 2251 and 2252A (sexual exploitation of children and receipt of child pornography) would be found in the Subject Premesis.

2. The Court sealed the Search Warrant Materials for a period of 180 days through December 17, 2024.

3. The Court's sealing orders were based on its finding that the government had demonstrated good cause in support of its motion to seal the items in this case, specifically, that disclosure of such materials would jeopardize the investigation by providing the subject of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy.

4. The government no longer believes the circumstances which supported sealing the items in this case are applicable. The government respectfully requests that this Court issue an order unsealing all items that are under seal in this case.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Andrew M. Rosati*
Andrew M. Rosati
Assistant United States Attorney
327 S. Church Street, Suite 3300
Rockford, IL 61101
(815) 312-5466

DATE: December 19, 2024